IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MICHAEL R. ADELMAN and DYNAMIC PUBLISHING and DISTRIBUTING, L.L.C. | § § § § | |
| Plaintiffs | § § | |
| v. | § § | Civil Action No. L– 04 – 19 |
| CITY OF LAREDO, A MUNICIPAL CORPORATION | § § § § | |
| Defendant | § § | |

## ORDER

Pending before the Court are Defendant's Motion to Dismiss for Want of Jurisdiction; Motion to Dismiss for Lack of Standing; and Defendant's Motion to Dismiss for Failure to State a Claim [Docket No. 52], filed on May 17, 2005. Plaintiff did not file a response to the Defendant's motions. Pursuant to Local Rule 7.4, failure to respond is a representation of no opposition. Since Plaintiff is not opposed to the dismissal, Defendant's Motion to Dismiss is hereby GRANTED. The parties shall be responsible for their own attorney's fees and costs.

IT IS SO ORDERED.

Done this 21st day of June, 2004, in Laredo, Texas.

_____
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**